# IN THE UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF MISSISSIPPI
## SOUTHERN DIVISION

**THE MISSISSIPPI STATE PORT**
**AUTHORITY AT GULFPORT**                                                **PLAINTIFF**

**VS.**                                    **CIVIL ACTION NO. 1:09-cv-00192-LG-RHW**

**RSUI INDEMNITY COMPANY**                                    **DEFENDANT**

## ORDER GRANTING MOTION TO REMAND

THIS CAUSE comes before the Court on the Motion to Remand [3] filed by the plaintiff, The Mississippi State Port Authority at Gulfport, against the defendant, RSUI Indemnity Company. After due consideration of the record and upon learning that the Motion is unopposed, the Court finds that the Motion is well taken and should be granted.

**IT IS THEREFORE ORDERED AND ADJUDGED** that the Motion to Remand [3] filed by the plaintiff is **GRANTED**. The above styled and numbered cause is hereby **REMANDED TO THE CIRCUIT COURT OF HARRISON COUNTY, MISSISSIPPI, FIRST JUDICIAL DISTRICT**.

**IT IS FURTHER ORDERED AND ADJUDGED** that each party will bear its respective costs and attorneys' fees.

**IT IS FURTHER ORDERED AND ADJUDGED** that a certified copy of this order of remand shall be immediately mailed by the Clerk of this Court to the clerk of the state court pursuant to 28 U.S.C. § 1447(c).

**SO ORDERED AND ADJUDGED** this the 19th day of March, 2009.

                                                 s/ *Louis Guirola, Jr.*
                                                 Louis Guirola, Jr.
                                                 United States District Judge